IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANE DOE #1, JANE DOE #2, JOHN DOE #1, JOHN DOE #2, *et al.*, on behalf of themselves and all others similarly situated<br><br>        Plaintiffs,<br><br>v.<br><br>Rich Hobson, in his capacity as Administrative Director of the Courts and head of the Alabama Administrative Office of Courts; and Spencer Collier, in his capacity as Director of the Alabama Department of Homeland Security,<br><br>        Defendants. | Case No. 2:13-CV-79-WHA |

## PLAINTIFFS' MOTION, IN THE ALTERNATIVE, FOR RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d)

Plaintiffs bring this motion pursuant to Federal Rule of Civil Procedure 56(d) requesting, in the alternative to denial of Defendants' Motion for Summary Judgment, that this Court defer ruling on Defendants' motion until Plaintiffs have had an opportunity to conduct discovery for the following reasons:

    (1)    Defendants' motion for summary judgment raises genuine issues of material fact;

    (2)    Defendants have sole possession of critical information that is necessary for Plaintiffs to more fully rebut Defendants' argument that there are no material facts in dispute;

    (3)    Plaintiffs have not yet had the opportunity to conduct any discovery in this matter;

    (4)    Plaintiffs have identified specific discovery requests that would enable them to discover facts essential to their claims; and

    (5) A grant of Defendants' motion for summary judgment would be premature without

**ORAL ARGUMENT REQUESTED**

discovery.

*See Jones v. City of Columbus, Ga.*, 120 F.3d 248, 253 (11th Cir. 1997) ("[T]he party opposing a motion for summary judgment should be permitted an adequate opportunity to complete discovery prior to consideration of the motion." (citations omitted)); *Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992) ("A party opposing summary judgment should be given the opportunity to discover information relevant to the summary judgment motion."); *Snook v. Trust Co. of Georgia Bank of Savannah, N.A.*, 859 F.2d 865, 870 (11th Cir. 1988) ("[S]ummary judgment should not be granted until the party opposing the motion has had an adequate opportunity for discovery"); *Baucom v. Sisco Stevedoring, LLC*, 506 F.Supp.2d 1064, 1067 n.1 (S.D. Ala. 2007) (same).

In support of this motion, Plaintiffs rely upon their consolidated Memorandum in Opposition to Defendants' Motion to Dismiss and for Summary Judgment (Doc. No. 31), and the Declaration of Justin B. Cox (Doc. No. 31-11), which are being filed simultaneously herewith.

WHEREFORE, Plaintiffs request, as articulated in their consolidated memorandum of law, that this Court deny Defendants' Motion for Summary Judgment, or in the alternative, grant Rule 56(d) relief, as defined above, and for all other proper relief.

Dated:  March 21, 2013                                  Respectfully Submitted,


  /s/ Nora A. Preciado
*On behalf of Counsel for Plaintiffs*

Samuel Brooke (ASB-1172-L60B)
SOUTHERN POVERTY LAW
CENTER
4100 Washington Ave.
Montgomery, AL 36104
(334) 956-8200
samuel.brooke@splcenter.org

Kristi L. Graunke[+]
SOUTHERN POVERTY LAW
CENTER
233 Peachtree St. NE, Suite 2150
Atlanta, GA 30303
(404) 521-6700
kristi.graunke@splcenter.org

Cecillia D. Wang[+]
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
(415) 343-0775
cwang@aclu.org

Omar C. Jadwat[+]
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2660
ojadwat@aclu.org

Justin B. Cox[+]
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
230 Peachtree Street, NW, Suite 1440
Atlanta, GA 30303-2721
(404) 523-2721
jcox@aclu.org

Linton Joaquin[+]
Karen C. Tumlin[+]
Nora A. Preciado[+]
NATIONAL IMMIGRATION LAW
CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
(213) 674-2909
joaquin@nilc.org
tumlin@nilc.org
preciado@nilc.org

Freddy Rubio (ASB-5403-D62R)
Cooperating Attorney, ACLU OF
ALABAMA FOUNDATION
Rubio Law Firm, P.C.
438 Carr Avenue, Suite 1
Birmingham, AL 35209
(205) 443-7858
frubio@rubiofirm.com

[+] Appearing p*ro hac vice*

***Counsel for Plaintiffs***

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 21, 2013, I electronically filed the foregoing, and accompanying attachments, with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the attorneys for Defendants.

                                                                 /s/ Justin Cox