IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANE DOE #1, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:13-CV-79-WKW |
| | ) |
| RICH HOBSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Parties' Joint Motion to Dismiss Pursuant to the Private Settlement Agreement (Doc. # 67). The parties have actually presented a joint stipulation of dismissal, the effectiveness of which is conditioned upon this court's acceptance of the parties' request that the court retain jurisdiction to enforce their agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) (reconciling Rule 41(a)(1)(A)(ii) and *Kokkonen v. Guardian Life Ins. of Am.*, 511 U.S. 375 (1994)). Accordingly, the court will treat the motion to dismiss as a motion to retain jurisdiction to enforce the Parties' settlement agreement. Upon consideration of the joint stipulation of dismissal and the motion to retain jurisdiction, it is ORDERED that:

1. The motion (Doc. # 67) is GRANTED;

2. This action is DISMISSED without prejudice with each side to bear its own fees and costs;

3. The Court retains jurisdiction for five years from the date of this Order to enforce the terms of the private settlement agreement (*see* Doc. # 67-1).

DONE this 14th day of October, 2014.

                                      /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE